IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| 4 H CONSTRUCTION CORPORATION | COUNTER-DEFENDANT/ PLAINTIFF |
| V. | CIVIL ACTION NO.: 4:08CV113-DAS |
| SUPERIOR BOAT WORKS, INC., COLLINS BRENT D/B/A SUPERIOR BOAT WORKS, INC. AND BARGES PB-0612 AND PB-0604 | COUNTER PLAINTIFFS/ DEFENDANTS |

## FINAL JUDGMENT

This matter came on for a non-jury trial before the United States Magistrate Judge, and the issues having been duly tried and in accordance with the Court's Findings of Fact and Conclusions of Law entered contemporaneously herewith;

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff/counter-defendant, 4 H Construction Corporation, recover damages in the amount of $17,875 from Superior Boat Works, Inc. and Collins Brent jointly and severally, and that the defendants/counter-plaintiffs Superior Boat Works, Inc. and Collins Brent's claims are dismissed with prejudice. Superior Boat Works, Inc. and Collins Brent will immediately return the barges PB-0604 and PB-0612 to 4 H Construction Corporation.

This the 11th day of September, 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE